# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LUMNUI DIDLER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MAOFU HOME HEALTH CARE SERVICES INCORPORATED AND ANNIE HOLLAND, <br><br> Defendants. | § § § § § § § § § § § § § §   NO. 5:21-CV-00306-XR |

## JOINT NOTICE OF SETTLEMENT

The parties have reached an agreement in principal to settle this matter. The parties anticipate finalizing their confidential settlement agreement in the upcoming weeks and will thereafter file a dismissal with prejudice.

Dated: June 21, 2021

Agreed by:

| | |
|---|---|
| */s/ Merideth Q. McEntire\** | */s/ David B. Jordan* |
| **Merideth Q. McEntire** | **David B. Jordan** (Attorney-in-Charge) |
| Tex. Bar No. 24105123 | Texas Bar No. 24032603 |
| merideth@sanfordlawfirm.com | Federal I.D. No. 40416 |
| **Josh Sanford** | LITTLER MENDELSON |
| Texas Bar No. 24077858 | A PROFESSIONAL CORPORATION |
| josh@sanfordlawfirm.com | 1301 McKinney, Suite 1900 |
| Kirkpatrick Plaza | Houston, Texas 77010 |
| 10800 Financial Centre Pkwy, Suite 510 | 713.652.4709 (Telephone) |
| Little Rock, Arkansas 72211 | 713.951.9212 (Facsimile) |

**ATTORNEYS FOR PLAINTIFF**

1

Of Counsel:

**Jessica L. Craft**
Texas State Bar No. 24106824
Federal I.D. No. 3144196
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

**ATTORNEYS FOR MAOFU HOME HEALTH CARE SERVICES AND ANNE HOLLAND**
*\*Signed with Permission*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing upon the counsel below:

Merideth Q. McEntire
Josh Sanford
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　/s/ David B. Jordan
　　　　　　　　　　　　　　　　　　David B. Jordan

4832-3440-2031.1 / 110540-1002

- 2 -